**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Dara Solomon, et al, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:03-cv-2797-ODE |
| Waffle House, Inc., | |
| Defendant. | |

**JUDGMENT**

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, following a jury trial held December 12, 2005 through December 15, 2005, and for consideration of defendant's motion for entry of judgment on plaintiffs' Title II claim, and the jury having rendered a verdict on December 15, 2005, in favor of defendant on plaintiffs' Section 1981 claim and court having granted said motion and directed that judgment issue in favor of defendant on all claims, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 21st day of February, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: s/Frances M. McNulty
Frances M. McNulty, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 21, 2006
Luther D. Thomas
Clerk of Court

By: s/Frances M. McNulty
Deputy Clerk